# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Ricky Blythe<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:21-mj-0088 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ricky Blythe

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Possession with Intent to Distribute 500 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1).
Count 2: Previously Convicted Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

Date: Date: 1/29/2021

*[signature]*

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

City and state: Indianapolis, IN

---

**Return**

This warrant was received on *(date)* 01/29/2021, and the person was arrested on *(date)* 01/28/2021
at *(city and state)* INDIANAPOLIS, INDIANA

Date: 02/10/2021

*[signature]*
*Arresting officer's signature*

TODD BEVINGTON - ATF S/A
*Printed name and title*