AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.

RICKY BLYTHE,

*Defendant*

Case No. 1:21-cr-0047 JMS-DLP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RICKY BLYTHE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 841(a)(1).
Count 2: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

Date: 2/17/2021

CLERK OF COURT, Roger A.G. Sharpe
BY: *[signature]* Deputy Clerk

City and state: Indianapolis, IN

---

**Return**

This warrant was received on *(date)* 02/17/2021, and the person was arrested on *(date)* 01/28/2021
at *(city and state)* INDIANAPOLIS, IN.

Date: 02/18/2021

*[signature]*
Arresting officer's signature

TODD BEVINGTON - ATF S/A
Printed name and title