UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:21-cr-0047-JMS-DLP |
| RICKY BLYTHE, | ) | -01 |
| Defendant. | ) | |

## PROTECTIVE ORDER

This matter comes before the Court on the motion of the government to enter the requested protective order.

It is ordered that counsel for the defendant is not to photocopy or duplicate, in whole or in part, attach, circulate, nor publish in any manner, other than to share same with his client or other members of his law firm while maintaining the care, custody and control of same, the reports, CDs and DVDs of photographs, recordings, and *Jencks* material provided by the Government, for purposes of providing said materials to any other individual or entity, including the defendant. Specifically, this Order includes the following discovery materials:

    a.    All photographs, video, or audio recordings containing the voice or likeness of a confidential informant;

    b.    All law enforcement reports (to include search warrant affidavits) describing or discussing the activities of any confidential informant;

    c.    All law enforcement reports that describe or identify non-law

enforcement witnesses, or contains information describing or discussing the activities of these law enforcement witnesses.

It is so ORDERED.

Date: _____

_____
JANE E. MAGNUS-STINSON
Chief Judge
Southern District of Indiana

Distribution to all registered counsel via electronic notification.