UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>) |
| v. | )   1:21-cr-00047-JMS-DLP-1<br>) |
| RICKY BLYTHE,<br>        Defendant. | )<br>) |

**ORDER ON DEFENDANT'S MOTION TO CONTINUE
FINAL PRETRIAL CONFERENCE AND TRIAL DATE**

This matter is before the Court upon Defendant's Motion to Continue the final pretrial conference date of April 15, 2021 and trial date of April 26, 2021 presently set in this cause, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion.

The delay attributable to the changed trial date shall be excludable from the computations of time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161. The interests of justice as stated in the motion for continuance are best served by the delay so that both the accused and the government can receive a fair trial, and those interests outweigh the interests of the public and the defendant in a speedy trial in this case.

**IT IS THEREFORE ORDERED** that the April 15, 2021 pretrial conference date is vacated, and that final pretrial conference is to commence on _____, 2021, at _____ .m. and the April 26, 2021 trial date is vacated, and the trial date is to commence on _____, 2021 at 9:00 a.m., Room 202, United States Courthouse, Indianapolis, Indiana.

Dated: _____

                                                                      _____
                                                                        HON. JANE MAGNUS-STINSON
                                                                        CHIEF JUDGE

Distribution to all registered counsel by electronic notification via CM/ECF