UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:21-cr-00047-JMS-TAB |
| RICKY BLYTHE (01), | ) ) ) | |
| Defendant. | ) ) | |

## ENTRY FOR JUNE 30, 2021
## VACATING FINAL PRETRIAL CONFERENCE AND JURY TRIAL
## JUDGE JANE MAGNUS-STINSON

Defendant Ricky Blythe (01) has entered a petition to enter a plea of guilty [30] in the above-referenced cause. Therefore, the November 15, 2021 trial date and the November 5, 2021 final pretrial conference are hereby **VACATED.** U.S. Probation office shall prepare and file the presentence report.

Distribution:

Michelle Patricia Brady
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
michelle.brady@usdoj.gov

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org